# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Abdi H.,

          Petitioner,

v.

Secretary, Department
Of Homeland Security et al.,

          Respondents.

Case No. 20-cv-2140 (MJD/ECW)

**ORDER**

This matter is before the Court on the Report and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated February 16, 2021. (Doc. No. 14). No objections have been filed within the time allowed.

Pursuant to statute, the Court has conducted a de novo review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, and in consideration of the applicable law, the Court will adopt the Report and Recommendation in its entirety.

**IT IS HEREBY ORDERED** that:

1.    Petitioner Abdi H.'s Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED AS MOOT** as Petitioner has been

removed from the United States as of January 14, 2021.  (Doc. No. 13 (Robinson Decl. ¶ 6).)

    2.    This case is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


DATED:  March 17, 2021                        s/Michael J. Davis  
                                                    MICHAEL J. DAVIS  
                                                    United States District Court